# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ISIAH LANG

NO. 2025 KW 1275

**APRIL 22, 2026**

---

In Re:    Isiah Lang, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-02369.

---

**BEFORE:**    **McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **REQUEST FOR REHEARING NOT CONSIDERED.** An application for rehearing will not be considered if this court denied the original writ application. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.1 & 2-18.7.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT